# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| **MELISSA GREEN**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**DERMACARE USA CORPORATION** (d/b/a DermaConcepts USA Corp.), a Massachusetts corporation,<br><br>Defendant. | **CIVIL ACTION**<br><br>Case No. 0:22-cv-60117<br><br>**Judge: Rodney Smith**<br><br>**Mag. Judge: Alicia O. Valle** |

## PLAINTIFF'S NOTICE OF SETTLEMENT

The Plaintiff, by and through undersigned counsel, notifies this Honorable Court that the Plaintiff's claims in the instant action have been resolved through a settlement between the Plaintiff and Defendant. Full completion of the settlement terms is anticipated within thirty (30) days.

Dated: March 9, 2022  **s/ Benjamin H. Yormak**
Benjamin H. Yormak, Esq.
Florida Bar Number 71272
Lead Counsel for Plaintiff
YORMAK EMPLOYMENT & DISABILITY LAW
27200 Riverview Center Blvd., Suite 109
Bonita Springs, Florida 34134
Telephone: (239) 985-9691
Fax: (239) 288-2534
Email: byormak@yormaklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

**s/ Benjamin H. Yormak**_____
Benjamin H. Yormak, Esq.
