UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60177-CIV-SMITH

MELISSA GREEN,

    Plaintiff,

v.

DERMACARE USA CORPORATION,

    Defendant.
_____/

### NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT

This matter is before the Court on Plaintiff's Notice of Settlement [DE 5], indicating that this matter has been settled in full. Upon consideration, it is hereby

ORDERED that

(1) The parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **April 6, 2022.** Failure to comply with this Order may result in the final dismissal of this case.

(2) All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

(3) This case is **CLOSED**.

DONE and ORDERED in Fort Lauderdale, Florida, this 9th day of March 2022.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of Record