# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| **MELISSA GREEN**, an individual, | **CIVIL ACTION** |
| Plaintiff, | |
| v. | **Case No. 0:22-cv-60117** |
| **DERMACARE USA CORPORATION** (d/b/a DermaConcepts USA Corp.), a Massachusetts corporation, | **Judge: Rodney Smith** |
| | **Mag. Judge: Alicia O. Valle** |
| Defendant. | |

## PLAINTIFF'S NOTICE OF SETTLEMENT

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice.

Dated: April 18, 2022   **s/ Benjamin H. Yormak**_____
Benjamin H. Yormak, Esq.
Florida Bar Number 71272
Lead Counsel for Plaintiff
YORMAK EMPLOYMENT & DISABILITY LAW
27200 Riverview Center Blvd., Suite 109
Bonita Springs, Florida 34134
Telephone: (239) 985-9691
Fax: (239) 288-2534
Email: byormak@yormaklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

**s/ Benjamin H. Yormak**
Benjamin H. Yormak, Esq.