UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60117-CIV-SMITH

MELISSA GREEN,

        Plaintiff,

v.

DERMACONCEPTS, LLC,

        Defendant.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice [DE 7]. Upon consideration, it is

**ORDERED** that:

1. This matter is **DISMISSED with prejudice**.
2. Each party shall bear its own attorney's fees and costs.
3. All pending motions are denied as moot.
4. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 18th day of April 2022.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc Counsel of record